IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL 4:92CV3040 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO ANSWER |
| LINDA E. HERBEK, | ) | INTERROGATORIES |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 69 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED THAT Linda E. Herbek will answer within twenty (20) days of the date of the service of this Order each of the items contained within the sheet entitled Interrogatories Propounded by United States of America to Defendant, which accompanied the pleading entitled Motion to Compel Judgment Debtor to Answer Written Interrogatories and Memorandum in Support Thereof (filing 47), mailed to defendant on January 15, 2010. A copy of this Order shall be mailed to the Defendant return receipt requested.

Dated this 24th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
RICHARD G. KOPF
UNITED STATES JUDGE