IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:92CV3040 |
| v. | ) | **O R D E R** |
| Roger Herbek, | ) | |
| Defendant. | ) | |

Upon presentation and consideration of the United States' Motion (filing 53),

IT IS ORDERED that Defendant, Roger Herbek, appear in Courtroom No. 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, on Thursday, May 20, 2010, at 1:00 p.m. and show cause why he should not be held in contempt and punished for failing to comply with the court's order that he answer interrogatories.

The United States Marshal is directed to make personal service of the foregoing Motion and this Order upon the Defendant.

DATED this 20th day of April, 2010.

*Richard G. Kopf*
RICHARD G. KOPF
United States Judge