IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:92CV3040 |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Linda Herbek, | ) | |
| | ) | |
| Defendant. | ) | |

Upon presentation and consideration of the United States' Motion (filing 54),


IT IS ORDERED that Defendant, Linda Herbek, appear in Courtroom No. 1,

Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, on Thursday, May 20,

2010, at 1:00 p.m. and show cause why she should not be held in contempt and

punished for failing to comply with the court's order that she answer interrogatories.


The United States Marshal is directed to make personal service of the foregoing

Motion and this Order upon the Defendant.


DATED this 20th day of April, 2010.


*Richard G. Kopf*
RICHARD G. KOPF
United States Judge