IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:92CV3040 |
| | ) | |
| V. | ) | |
| | ) | |
| ROGER H. HERBEK and | ) | ORDER |
| LINDA E. HERBEK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the oral motion of the plaintiff,

IT IS ORDERED that the show cause hearing as to Roger H. Herbek and Linda E. Herbek set for May 20, 2010, is canceled until further order of the court.

DATED this 19th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge