IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:92CV3040 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROGER H. HERBEK, | ) | |
| LINDA E. HERBEK, and | ) | |
| SECURITY NATIONAL BANK, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the suggestions of bankruptcy filed by the defendants, Roger H. Herbek (filing 59) and Linda E. Herbek (filing 60),

IT IS ORDERED that:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

May 20, 2010.					BY THE COURT:

						*Richard G. Kopf*
						United States District Judge